UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| JOHNNIE MULLINS, | Civil Action No. 5:23-CV-01191-DCC-KDW |
| Plaintiff, | |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

**ORDER**

AND NOW, this 16th day of May, 2023, upon consideration of Defendant's Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and any response thereto, it is hereby **ORDERED** that Defendant's Motion is GRANTED and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

s/ Donald C. Coggins, Jr.
Honorable Donald C. Coggins, Jr.
United States District Judge

Greenville, SC
May 16, 2023